UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-23578-GAYLES/Turnoff

TRACY MCNIGHT,

                    Plaintiff,

-vs-

MSV SERVICES, INC. a Florida Profit
Corporation and SERGEY MANGAYAN,
individually,

                    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AND ADOPTING
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **THIS CAUSE** came before the Court pursuant to the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice [ECF No. 30]. The Court has reviewed the record and finds there is good cause for entering this Order because it will promote the full and fair resolution of this lawsuit and will serve the interests of justice. The Court has reviewed the Settlement Agreement and finds it to be fair and reasonable pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982).

      Therefore, it is hereby **ORDERED AND ADJUDGED** that the Settlement Agreement attached as Exhibit "A" to the parties' joint motion is **APPROVED**. The Parties' Joint Stipulation of Dismissal with Prejudice is hereby adopted and entered as an Order of this Court. This action is hereby **DISMISSED with prejudice**.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of March, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record